1 BRIAN WILLIAM
3802 ROSECRANS STREET, UNIT #22
2 SAN DIEGO, CALIFORNIA 92110

3 **In Propria Persona,** individually and on behalf
Of all other persons and class similarly situated,

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUN 02 2023

David W. Slayton, Executive Officer/Clerk of Court

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## COUNTY OF LOS ANGELES, CENTRAL DISTRICT

BRIAN WILLIAM, individually, on behalf of himself, the general public and on behalf of all other persons and class similarly situated,

    Plaintiff,

v.

FIRSTGROUP AMERCIA, INC., a Delaware Corporation, individually, **dba:** FIRSTGROUP AMERICA, INC., a California Corporation, (#C3159595) individually, **aka:** FIRSTGROUP PLC, **dba:** First Student; First Transit; Greyhound; First Bus; First Rail, **individually; FIRST TRANSIT, INC.,** a Delaware Corporation, individually, **dba:** FIRST TRANSIT, INC., a California Corporation, (#C0827053) individually, **aka:** FIRSTGROUP AMERCIA, INC., a Delaware Corporation, individually, **dba:** FIRSTGROUP AMERICA, INC., a California Corporation, (#C3159595) individually, **aka:** FIRSTGROUP PLC, **dba:** First Student; First Transit; Greyhound; First Bus; First Rail, individually; a Subsidiary of FIRSTGROUP *AMERICA, INC., THE PARENT ORGANIZATION,* **individually; GREYHOUND LINES, INC.,** a Delaware Corporation, individually, **dba:** GREYHOUND LINES, INC., a California Corporation, (#C1584484) individually, **aka:** FIRSTGROUP AMERCIA, INC., a Delaware Corporation, individually, **dba:** FIRSTGROUP AMERICA, INC., a California Corporation, (#C3159595) individually, **aka:** FIRSTGROUP PLC, **dba:** First Student; First Transit; Greyhound; First Bus; First Rail, individually; a Subsidiary of FIRSTGROUP AMERICA, INC., THE PARENT *ORGANIZATION,* **individually; AMERICANOS**

[UNLIMITED JURISDICTION]
Case No.: 21STCV17514

FIRST AMENDED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

1. Violation of the American with Disability Act of 1990, 42 U.S.C. §12101, et seq.
2. Violation of 42 U.S.C. A. §12182(a);
3. Violation of Fourteenth Amendment (Equal Protection and Due Process);
4. Intentional or Reckless Infliction of Emotional Mental Distress and Duress
5. Intentional Infliction of Emotional Distress;
6. Negligent Infliction of Emotional Distress;
7. Intentional Interference of Emotional Tranquility;
8. Negligent Interference of Emotional Tranquility;
9. Conspiracy;
10. Aiding and Abetting;
11. Intentional Fraudulent Misrepresentation;
12. FRAUDULENT MISREPRESENTATION;
13. NEGLIGENT MISREPRESENTATION;
14. Fraudulent Concealment;
15. Intentional Fraud and Deceit (C.C. §1710)
16. Fraudulent Misrepresentation-Promissory Fraud
17. Promissory Estoppel
18. Negligence;
19. Breach of Oral/Written Agreement;
20. Intention Misrepresentation of Fact
21. Negligence;

1
FIRST AMENDEDCOMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

| | |
|---|---|
| U.S.A., L.L.C., a Delaware Corporation, individually, **dba:** AMERICANOS U.S.A., L.L.C., a Limited Liability Corporation, (#199917210008) individually, **aka:** GREYHOUND LINES, INC., a California Corporation, (#C1584484) a Subsidiary of GREYHOUND LINES, INC., THE PARENT ORGANIZATION, **individually; BRADLEY THOMAS,** individually, and in his official capacity as CEO of FIRST TRANSIT INC., a Delaware Corporation, individually, **dba:** FIRST TRANSIT, INC., California Corporation, **individually; DAVID S. LEACH,** individually, and in his official capacity as CEO of both GREYHOUND LINES, INC., a Delaware Corporation, individually, **dba:** GREYHOUND LINES, INC., a California Corporation, individually, and in his official capacity as CEO of AMERICANOS U.S.A., L.L.C., a Delaware Corporation, individually, **dba:** AMERICANOS U.S.A., L.L.C., a Limited Liability Corporation, individually, **aka:** GREYHOUND LINES, INC., a Subsidiary of GREYHOUND LINES, INC., THE PARENT ORGANIZATION, **individually; JOSE LUIS MORENO,** individually, and in his official capacity as CEO of *AMERICANOS U.S.A., L.L.C.,* a Delaware Corporation, individually, **dba:** *AMERICANOS U.S.A., L.L.C., a Limited Liability Corporation,* individually, **aka:** GREYHOUND LINES, INC., a Subsidiary of GREYHOUND LINES, INC., THE PARENT ORGANIZATION, **individually; JANE DOE GREYHOUND BUS DRIVER,** individually and in her official capacity as a Greyhound Employee and as the bus Operator who drove the Greyhound Bus No. # **60587** with a Lic. Plate #CP70527 on **November 20, 2018** from San Diego, Ca. Greyhound Station to Downtown Los Angeles, Ca. Greyhound Bus Sta. between 3:00pm and 10:00pm **individually; JANE DOE GREYHOUND SUPERVISOR,** individually, and in her official capacity as a Greyhound Employee who was on duty working on November 20, 2018 at the Los Angeles, Ca. Greyhound Bus Sta. who had authority over Jane Doe Bus Dr. of Bus No. # **60587** with a Lic. Plate #CP70527 to direct her actions as described herein **individually; and DOES 1 through 200, inclusive,** Defendants, | 22. Violation of Bane Act (C.C. §52.1 and 52) <br> 23. Violation of Ralph Act (C.C. §51.7 and 52) <br> 24. Unruh Civil Rights Act (Civ. C. §51 and 52) <br> 25. Deprivation of 42 USCA §1983 Civil Rights <br> 26. Violation of Federal Civil Rights Act; <br> 27. Unfair and Fraudulent Business Practices [B&P Code §17200 et seq.] <br> 28. Deliberate Indifference <br> 29. Public Nuisance (C.C. §§3479, 3480, 3481) <br> 30. NEGLIGENT ENTRUSTMENT <br> 31. FOR NEGLIGENT HIRING, TRAINING, SUPERVISION AND/OR RETENTION |

FIRST AMENDED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

PLAINTIFF, BRIAN WILLIAM, complains and alleges as follows:

**COMMON FACTUAL ALLEGATIONS INCORPORATED IN EACH CAUSE OF ACTION**

1. This is an action brought by Plaintiff, WILLIAM, pursuant to California statutory, decisional and regulatory laws.

2. PLAINTIFF alleges that California statutory, decisional and regulatory laws prohibit the conduct by Defendants herein alleged and therefore Plaintiff is and has entitlement to monetary relief on the basis that Defendants violated such statutes, decisional laws and regulations.

3. COME NOW PLAINTIFF, WILLIAM, and alleges the following against the Defendants **FIRSTGROUP AMERCIA, INC.,** a Delaware Corporation, individually, **dba:** FIRSTGROUP AMERICA, INC., a California Corporation, (#C3159595) individually, **aka:** FIRSTGROUP PLC, **dba:** First Student; First Transit; Greyhound; First Bus; First Rail, **individually; FIRST TRANSIT, INC.,** a Delaware Corporation, individually, **dba:** FIRST TRANSIT, INC., a California Corporation, (#C0827053) individually, **aka:** FIRSTGROUP AMERCIA, INC., a Delaware Corporation, individually, **dba:** FIRSTGROUP AMERICA, INC., a California Corporation, (#C3159595) individually, **aka:** FIRSTGROUP PLC, **dba:** First Student; First Transit; Greyhound; First Bus; First Rail, individually; a Subsidiary of FIRSTGROUP *AMERICA, INC., THE PARENT ORGANIZATION,* **individually; GREYHOUND LINES, INC.,** a Delaware Corporation, individually, **dba:** GREYHOUND LINES, INC., a California Corporation, (#C1584484) individually, **aka:** FIRSTGROUP AMERCIA, INC., a Delaware Corporation, individually, **dba:** FIRSTGROUP AMERICA, INC., a California Corporation, (#C3159595) individually, **aka:** FIRSTGROUP PLC, **dba:** First Student; First Transit; Greyhound; First Bus; First Rail, individually; a Subsidiary of FIRSTGROUP AMERICA, INC., THE PARENT *ORGANIZATION,* **individually; AMERICANOS U.S.A., L.L.C.,** a Delaware Corporation, individually, **dba:** AMERICANOS U.S.A., L.L.C., a Limited Liability Corporation, (#199917210008) individually, **aka:** GREYHOUND LINES, INC., a California Corporation, (#C1584484) a Subsidiary of GREYHOUND LINES, INC., THE PARENT ORGANIZATION, **individually; BRADLEY THOMAS,** individually, and in his official capacity as CEO of FIRST TRANSIT INC., a Delaware Corporation, individually, **dba:** FIRST TRANSIT, INC., California Corporation, **individually; DAVID S. LEACH,** individually, and in his official capacity as CEO **of both** GREYHOUND LINES, INC., a Delaware Corporation,

3
**FIRST AMENDEDCOMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL**

individually, **dba:** GREYHOUND LINES, INC., a California Corporation, individually, and in his official capacity as CEO of AMERICANOS U.S.A., L.L.C., a Delaware Corporation, individually, **dba:** AMERICANOS U.S.A., L.L.C., a Limited Liability Corporation, individually, **aka:** GREYHOUND LINES, INC., a Subsidiary of GREYHOUND LINES, INC., THE PARENT ORGANIZATION, **individually;** JOSE LUIS MORENO, individually, and in his official capacity as CEO of *AMERICANOS U.S.A., L.L.C.,* a Delaware Corporation, individually, **dba:** *AMERICANOS U.S.A., L.L.C., a Limited Liability* Corporation, individually, **aka:** GREYHOUND LINES, INC., a Subsidiary of GREYHOUND LINES, INC., THE PARENT ORGANIZATION, **individually;** JANE DOE GREYHOUND BUS DRIVER, individually and in her official capacity as a Greyhound Employee and as the bus Operator who drove the Greyhound Bus No. # 60587 with a Lic. Plate #CP70527 on **November 20, 2018** from San Diego, Ca. Greyhound Station to Downtown Los Angeles, Ca. Greyhound Bus Sta. between 3:00pm and 10:00pm **individually; JANE DOE GREYHOUND SUPERVISOR,** individually, and in her official capacity as a Greyhound Employee who was on duty working on November 20, 2018 at the Los Angeles, Ca. Greyhound Bus Sta. who had authority over Jane Doe Bus Dr. of Bus No. # 60587 with a Lic. Plate #CP70527 to direct her actions as described herein **individually; and DOES 1 through 200, inclusive,** Defendants,

4. Plaintiff is and at all times mentioned is a citizen of the State of California and at all times mentioned in this complaint Plaintiff is and was at said time of the stated alleged facts herein a resident of the City of Los Angeles, in the County of Los Angeles, in the State of California.

5. That the true names and capacities, whether individual, plural, corporate, partnership, associate or otherwise, of defendants sued herein as DOES 1 through 200. Inclusive, are presently unknown to Plaintiff, who has reason to believe that each of said Defendants was and at all times herein mention acting with the course, scope, and purpose of said agency, employment, business enterprise and joint venture in some manner, responsible for the incident, injuries and damages hereinafter alleged and who therefore sue said Defendants by such fictitious names. At this time Plaintiff is unaware of the exact identity of the DOE(S) DEFENDANTS. Plaintiff shall seek leave of the court to amend this complaint to show the true names and capacities of said defendants when ascertain.

6. Plaintiff is informed and believes and based thereon alleges that the negligently, recklessly, intentionally, tortuously, and unlawfully responsible in some wilful [W]anton manner

4

**FIRST AMENDED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL**

for the events and happenings and the above-mention malicious conduct herein referred to and negligently, recklessly, intentionally, tortuously, unlawfully committed all reprehensibility [overt acts] or omissions to act, were the legal (proximate) cause of injuries and damages to plaintiff by the Defendants extreme recklessness negligent overt actions that were committed with maliciousness through vile conduct mentioned above and acted with malice and oppression with the intent to vex, annoy, frighten, and injure the Plaintiff intentionally, and purposely by Fraudulent Concealment and Fraudulently Misrepresentations of the true facts as a whole (not in-part) which further and legally caused injury and damages thereby hereinafter alleged to which caused directly Plaintiff, to sustained his injures as herein alleged and are therefore responsible for their own conduct to which attributed to the Defendants actions for the events and happenings herein referred to and the injuries and damages there by to Plaintiff as herein alleged that was not the personal conduct of an individual defendant and was the personal conduct of agents, servants, partners, independent contractor, co-venturer, co-tortfeasor, employers and employees of said defendant(s) and each of the remaining defendants, and acted at all times of each other and were acting within the course, purpose and scope of said agency, and employment, independent contractors, or service and with the permission and consent of each other Defendants and in said capacity along with each of them in their individual capacities and employment therefore to which is liable in some manner and that such negligent conduct was authorized or ratified by said defendants' and in the case of any corporate defendant engaged is authorized or ratified such conduct to which caused damages directly to Plaintiff, complained thereof herein this Complaint. Plaintiff is alleging causes of action against each DOE Defendant under every theory of recovery and /or cause of action set forth below which caused directly Plaintiff, WILLIAMS to sustained his injuries.

7. Plaintiff, WILLIAM, alleges causes if action against Defendants:

   A. **FIRSTGROUP AMERCIA, INC.,** a Delaware Corporation, individually, **dba:** FIRSTGROUP AMERICA, INC., a California Corporation, (#C3159595) individually, **aka:** FIRSTGROUP PLC, **dba:** First Student; First Transit; Greyhound; First Bus; First Rail, **individually;**

   B. **FIRST TRANSIT, INC.,** a Delaware Corporation, individually, **dba:** FIRST TRANSIT, INC., a California Corporation, (#C0827053) individually, **aka:** FIRSTGROUP AMERCIA, INC., a Delaware Corporation, individually, **dba:**

5
**FIRST AMENDEDCOMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL**

FIRSTGROUP AMERICA, INC., a California Corporation, (#C3159595) individually, **aka:** FIRSTGROUP PLC, **dba:** First Student; First Transit; Greyhound; First Bus; First Rail, individually; a Subsidiary of FIRSTGROUP *AMERICA, INC., THE PARENT ORGANIZATION,* **individually;**

C. **GREYHOUND LINES, INC.,** a Delaware Corporation, individually, **dba:** GREYHOUND LINES, INC., a California Corporation, (#C1584484) individually, **aka:** FIRSTGROUP AMERCIA, INC., a Delaware Corporation, individually, **dba:** FIRSTGROUP AMERICA, INC., a California Corporation, (#C3159595) individually, **aka:** FIRSTGROUP PLC, **dba:** First Student; First Transit; Greyhound; First Bus; First Rail, individually; a Subsidiary of FIRSTGROUP AMERICA, INC., THE PARENT *ORGANIZATION,* **individually;**

D. **AMERICANOS U.S.A., L.L.C.,** a Delaware Corporation, individually, **dba:** AMERICANOS U.S.A., L.L.C., a Limited Liability Corporation, (#199917210008) individually, **aka:** GREYHOUND LINES, INC., a California Corporation, (#C1584484) a Subsidiary of GREYHOUND LINES, INC., THE PARENT ORGANIZATION, **individually;**

E. **BRADLEY THOMAS,** individually, and in his official capacity as CEO of FIRST TRANSIT INC., a Delaware Corporation, individually, **dba:** FIRST TRANSIT, INC., California Corporation, **individually;**

F. **DAVID S. LEACH,** individually, and in his official capacity as CEO **of both** GREYHOUND LINES, INC., a Delaware Corporation, individually, **dba:** GREYHOUND LINES, INC., a California Corporation, individually, and in his official capacity as CEO of AMERICANOS U.S.A., L.L.C., a Delaware Corporation, individually, **dba:** AMERICANOS U.S.A., L.L.C., a Limited Liability Corporation, individually, **aka:** GREYHOUND LINES, INC., a Subsidiary of GREYHOUND LINES, INC., THE PARENT ORGANIZATION, **individually;**

G. **JOSE LUIS MORENO,** individually, and in his official capacity as CEO of *AMERICANOS U.S.A., L.L.C.,* a Delaware Corporation, individually, **dba:** *AMERICANOS U.S.A., L.L.C., a Limited Liability* Corporation, individually, **aka:** GREYHOUND LINES, INC., a Subsidiary of GREYHOUND LINES, INC., THE PARENT ORGANIZATION, **individually;**

    H. **JANE DOE GREYHOUND BUS DRIVER,** individually and in her official capacity as a Greyhound Employee and as the bus Operator who drove the Greyhound Bus No. # 60587 with a Lic. Plate #CP70527 on **November 20, 2018** from San Diego, Ca. Greyhound Station to Downtown Los Angeles, Ca. Greyhound Bus Sta. between 3:00pm and 10:00pm **individually;**

    I. **JANE DOE GREYHOUND SUPERVISOR,** individually, and in her official capacity as a Greyhound Employee who was on duty working on November 20, 2018 at the Los Angeles, Ca. Greyhound Bus Sta. who had authority over Jane Doe Bus Dr. of Bus No. # 60587 with a Lic. Plate #CP70527 to direct her actions as described herein **individually;**

    J. **and DOES 1 through 200, inclusive,**

8.    Each Defendant named above is a natural person except Defendants(s):

    a) **FIRSTGROUP AMERCIA, INC.,** a Delaware Corporation, individually, **dba:** FIRSTGROUP AMERICA, INC., a California Corporation, (#C3159595) individually, **aka:** FIRSTGROUP PLC, **dba:** First Student; First Transit; Greyhound; First Bus; First Rail, **individually;**

    b) **FIRST TRANSIT, INC.,** a Delaware Corporation, individually, **dba:** FIRST TRANSIT, INC., a California Corporation, (#C0827053) individually, **aka:** FIRSTGROUP AMERCIA, INC., a Delaware Corporation, individually, **dba:** FIRSTGROUP AMERICA, INC., a California Corporation, (#C3159595) individually, **aka:** FIRSTGROUP PLC, **dba:** First Student; First Transit; Greyhound; First Bus; First Rail, individually; a Subsidiary of FIRSTGROUP *AMERICA, INC., THE PARENT ORGANIZATION,* **individually;**

    c) **GREYHOUND LINES, INC.,** a Delaware Corporation, individually, **dba:** GREYHOUND LINES, INC., a California Corporation, (#C1584484) individually, **aka:** FIRSTGROUP AMERCIA, INC., a Delaware Corporation, individually, **dba:** FIRSTGROUP AMERICA, INC., a California Corporation, (#C3159595) individually, **aka:** FIRSTGROUP PLC, **dba:** First Student; First Transit; Greyhound; First Bus; First Rail, individually; a Subsidiary of FIRSTGROUP AMERICA, INC., THE PARENT ORGANIZATION, **individually;**

**FIRST AMENDEDCOMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL**

d) **AMERICANOS U.S.A., L.L.C.**, a Delaware Corporation, individually, **dba:** AMERICANOS U.S.A., L.L.C., a Limited Liability Corporation, (#199917210008) individually, **aka:** GREYHOUND LINES, INC., a California Corporation, (#C1584484) a Subsidiary of GREYHOUND LINES, INC., THE PARENT ORGANIZATION, **individually;**

9. JOHN DOES(S) and/or JANE DOE(S) defendants: 1-200 are persons who capacities are unknown currently to plaintiff at the time of filing.

10. This court is the proper court because injury to person or damage to personal property occurred in its jurisdictional area.

11. Plaintiff is informed and believes and based upon such information and belief thereon alleges that all Defendants sued herein DOES are in some manner responsible for the acts herein alleged.

12. At all times herein mentioned, JOHN DOE(S) AND/OR JANE DOE(S) (herein referred to as the Defendants) is and at all times mentioned as a form unknown to Plaintiff doing business in the County of Los Angeles, State of California.

13. As a direct and proximate result of the wrongful acts and omissions of the Defendants complained of herein the Defendants are liable to Plaintiff for damages in the sum of more than **(Fifty Million Dollars) $50,000,000.00¢**

## PRAYER FOR RELIEF

**WHEREFORE,** the Plaintiff, **BRIAN WILLIAM,** prays for an additional judgment against the Defendants, each of them, jointly and severally, awarding him statutory damages, general, special, punitive, compensatory, treble, special and consequential damages, monetary, nominal, exemplary, economical, non-economic damages and for cost of suit herein, Pre-judgment interest, at the legal rate of **10% per annual from 11/20/2018 thru 11/20/2018** for attorney fee as provided by Government Code Section § 12965 (b); 42 U.S.C. §§12101 and 12102 et seq., California **Civil Code §3294 et seq.,** For attorney fee as provided by law and by 42 U.S. C. 1983, §§1985-1988, and California **Civil Code §52 and §3294 et seq.,** in an amount sufficient to deter any further future herein acts and to make an example out of Defendants and DOES 1 through 200 and for such other and further relief as the court may deem just and proper as well as damages in the amount of **(Fifty Million Dollars) $50,000,000.00¢ and PLAINTIFF DEMANDS A TRIAL BY JURY.**

a) **WHEREFORE,** the Plaintiff, **BRIAN WILLIAM,** prays for an additional judgment against the Defendants, each of them, jointly and severally, awarding him statutory damages, general, special, punitive, compensatory, treble, special and consequential damages, monetary, nominal, exemplary, economical, non-economic damages and for cost of suit herein, Pre-judgment interest, pursuant to **Civil Code §3291** at the legal rate of **10% per annual from 11/20/2018 thru 11/20/2018 and Now at the time of this filing or Pursuant to Code of Civil Procedure §§3287-3289 and §3291;** For Attorney Fees as provided by law and by **Government Code Section §12965 (b); 42 U.S.C. §1983 and Sections §§1985-1988; §§ 12101 and 12102 et seq.,** as well as other damages as cited above-herein for a **Civil Penalty** of **§25,000.00** pursuant to **Civ. Code. §52. (a)(b)(1)(2) and Civ. Code. §52.1 (a)(b)** the violations listed as Plaintiffs causes of actions that each of the Defendants owe to Plaintiff as a citizen of the United States of America, as provided by law and by California **Civil Code §52 and §3294 et seq., Code Civ. Proc., 1021.1 and 1021.5,** and California **Penal Code §1202.4** an amount appropriately sufficient for the purpose to punish Defendants for their conduct and to deter others from engaging in similar misconduct of **Malice, Oppression, Fraud, etc ...;** in any further future herein acts and to make an example out of Defendants and DOES 1 through 200 and for other further relief as the court may deem just and proper as well as damages in the amount of **(Fifty Million Dollars) $50,000,000.00¢ and PLAINTIFF DEMANDS A TRIAL BY JURY.**

b) Wherefore, Plaintiff respectfully request that the Court enter judgement in his favor and prays for judgment against all Defendants and each of them with the cost of this action as follows:

1. For Statutory Damages, not less than **$4,000.00** per occurrence as afforded by **Civil Code §52(a).** For violations on the date of each incident that injury occurred to Plaintiff;
2. Awarding Plaintiff General Damages in the sum of **(Fifty Million Dollars) $50,000,000.00¢ and PLANTIFF DEMANDS A TRIAL BY JURY,** an amount in excess of the jurisdictional threshold of this Court;
3. For Compensatory Damages in an amount to be proven at trial;
4. For Punitive Damages, in the sum of **$500,000,000;** or Pursuant to Civil Code Section §3294 in an amount appropriately sufficient for the purpose to punish Defendants for their conduct and to deter others from engaging in similar misconduct of **Malice,**

Oppression, Fraud, etc ...; in any further future herein acts and to make an example out of Defendants and DOES 1 through 200;

5. For Treble Damages, **Pursuant to Civil Code Section §§3333.4** in the sum of **$500,000,000; or Pursuant to Civil Code Section §§3294 and 3345** in an amount appropriately sufficient for the purpose <u>to punish</u> Defendants <u>for their conduct</u> and <u>to deter others</u> from engaging in similar misconduct of **Malice, Oppression, Fraud, etc** ...; in any further future herein acts and to make an example out of Defendants and DOES 1 through 200;

6. For Special and Consequential Damages, to the extent allowed by law in the sum of $300,000,000.00¢; an amount in excess of the jurisdictional threshold of this Court;

7. For Monetary Damages in an amount to be proven at trial;

8. For Nominal Damages in an amount to be proven at trial;

9. For Exemplary Damages in an amount to be proven at trial; an amount appropriate for an amount appropriately sufficient for the purpose <u>to punish</u> Defendants <u>for their conduct</u> and <u>to deter others</u> from engaging in similar misconduct of **Malice, Oppression, Fraud, etc** ...; in any further future herein acts and to make an example out of Defendants and DOES 1 through 200;

10. For **Economic Damages** including past and future lost earnings, in an amount to be proven at trial;

11. That Defendants be ordered to pay Plaintiff's sum for Loss of Income and earnings capacity including both past and future lost earnings, in an amount to be proven at trial;

12. That Defendants be ordered to pay Plaintiff's sum for **Non-Economic Damages** including both past and future lost earnings, in an amount to be proven at trial;

13. Awarding Plaintiff fees and cost allowable by law;

14. Awarding Plaintiff cost of suit herein incurred allowable by law;

15. For cost of suit incurred herein by Plaintiff, in obtaining the benefits due Plaintiff and for violations of Plaintiff's Civil Rights as set forth above;

16. Pre-judgment interest, pursuant to **Civil Code §3291** at the legal rate of **10% per annual from 11/20/2018 thru 11/20/2018 and Now at the time of this filing** or Pursuant to **Code of Civil Procedure §3287**; and any and all other interest allowed as provided by law;

17. For Pre-judgment interest pursuant to **Civil Code §3291** and post-judgment interest at the legal rate of **10% per annual from 11/20/2018 thru 11/20/2018 and Now at the time of this filing** and any and all other interest allowed as provided by law;

18. For Attorney fees as provided by law and by Government **Code Section §12965 (b); 42 U.S.C. 1983, §§1985-1988, California Civil Code §52, Civ. Code. §52.1(a)(b) and §3294 et seq.,** in an amount sufficient to deter any further future herein acts and to make an example out of Defendants and DOES 1 through 200;

19. For Attorney fees as provided by law and by Government **Code Section §12965 (b); 42 U.S.C. §§12101 and 12102 et seq. and California Civil Code §3294 et seq.,** in an amount sufficient to deter any further herein acts and to make an example out of Defendants and DOES 1 through 200;

20. For Reimbursement of the cost, including attorney fees, as afforded under applicable law, including but not limited to **Code Civ. Proc., §§998, 1021.1 and 1021.5,** and for a contingency fee enhancement beyond the lodestar in accordance with **Ketchum vs. Moses,** (2001) 24 Cal. 4th 1122, [104 Cal. Rptr. 2d 377] 17 P.3d 735 and related authorities;

21. For Attorney fees as provided by law and by California **Civil Code §52; Civ. Code. §52.1(a)(b) and §3294 et seq., Code Civ. Proc., 1021.1 and 1021.5,** and California **Penal Code §1202.4** an amount appropriately sufficient for the purpose <u>to punish</u> Defendants <u>for their conduct</u> and <u>to deter others</u> from engaging in similar misconduct of **Malice, Oppression, Fraud, etc ...**; in any further future herein acts and to make an example out of Defendants and DOES 1 through 200;

22. For a **Civil Penalty of §25,000.00** per occurrence as afforded by pursuant to **Civ. Code. §52. (a)(b)(1)(2)** and, for a **Civil Penalty** of **§25,000.00** per occurrence as afforded by pursuant to **Civ. Code. §52.1 (a)(b)**

23. For Joint and Severable Liability of all Defendants' and

24. That Judgement be entered in favor of Plaintiff;

25. Awarding Plaintiff for such other and further relief as the court my deem just, proper, appropriate and equitable in the premises.

WHEREFORE, for all of the foregoing reasons Plaintiff has stated a cause of action against each of the Defendants, each of them, jointly and severally, in their individual and official capacities and is entitled to awarding him general, special, punitive, compensatory, treble, monetary, nominal, exemplary, economical, non-economic damages cost of suit herein, Pre-judgment interest, pursuant to **Civil Code §3291** at the legal rate of **10% per annual from 11/20/2018 thru 11/20/2018 and Now at the time of this filing or Pursuant to Code of Civil Procedure §§3287-3289 and §3291**; <u>For Attorney Fees</u> as provided by law and by **Government Code Section §12965 (b); 42 U.S.C. §1983 and Sections §§1985-1988; §§ 12101 and 12102 et seq.**, as well as other damages as cited above-herein for a **Civil Penalty of §25,000.00** pursuant to **Civ. Code. §52. (a)(b)(1)(2) and Civ. Code. §52.1 (a)(b)** the violations listed as Plaintiffs causes of actions that each of the Defendants owe to Plaintiff as a citizen of the United States of America, as provided by law and by California **Civil Code §52, Civ. Code. §52.1(a)(b) and §3294 et seq., Code Civ. Proc., 1021.1 and 1021.5**, and California **Penal Code §1202.4** an amount appropriately sufficient for the purpose <u>to punish</u> Defendants <u>for their conduct</u> and <u>to deter others</u> from engaging in similar misconduct of **Malice, Oppression, Fraud, etc ...**; in any further future herein acts and to make an example out of Defendants and DOES 1 through 200 and for other further relief as the court may deem just and proper as well as damages in the amount of **(Fifty Million Dollars) $50,000,000.00¢ and PLAINTIFF DEMANDS A TRIAL BY JURY.**

I declare under the penalty of perjury that all of the information, statements and allegations alleged in this complaint are true, correct and complete and to those matters stated on information and belief, I believe them to be true.

DATED: June 1st, 2023

Respectfully, submitted
BRIAN WILLIAM, PLAINTIFF, IN PRO SE
On behalf of himself, the general public and on Behalf of all other persons and class similarly situated

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury pursuant to **Code of Civil Procedure §631** for himself, the general public and on behalf of all other persons and class similarly situated, on all claims so triable.

DATED: June 1st, 2023

Respectfully, submitted
BRIAN WILLIAM, PLAINTIFF, IN PRO SE
On behalf of himself, the general public and on Behalf of all other persons and class similarly situated

12
**FIRST AMENDEDCOMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL**

# PROOF OF CERTIFICATE OF SERVICE BY MAILBOX RULES
(CCP §§1010.6, 1011, §1013(a), §2015.5; FRCP §5(b)(2)(c); FRAP §25(c)(1)(A); 28 U.S.C.A. §1746)

I declare that:

I am a citizen of the County of Los Angeles, State of California. I am a citizen of the United States of America. I am a resident of the City of Town of Los Angeles, in the County of Los Angeles, California. I am over the age of 18years. **My temporary non-residence mailing address is: BRIAN WILLIAM, 3802 Rosecrans Street, Unit #22, San Diego, California 92110**

On the date of **June 1st, 2023**, I served via United States Mail a Copy of an **Original Filed** Document of the following attached document(s): **FIRST AMENDED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL**, on Respondent(s) or parties in this case.

The above-noted legal document(s) a true copy thereof was places in a sealed envelope, with postage thereof fully prepaid, addressed to the person or parties at the address(es) as indicated below pursuant to **Cal. Civil Code §1013** for mailing in the U.S. mail in the town or City of: Los Angeles, Ca.

I placed the envelope or package in a mailbox or other like facility address to the following:

**Attn: Clerk of the Los Angeles Superior Court**
**Room 102**
**111 North Hill Street**
**Los Angeles, California 90012**

**HONORABLE JUDGE ROBERT S. DRAPER**
**DEPARTMENT 78**
**111 North Hill Street**
**Los Angeles, California 90012**

I, declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements stated are true and correct, too my belief and to the best of my knowledge and as to those matters as I believe them to be true, and that this declaration was executed on **June 1st, 2023 in San Diego, California**

BRIAN WILIAM
**Type or Print Name**

Signature

1
PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| BRIAN WILLIAM<br>2260 El Cajon Blvd. #145<br>San Diego, California 92104 | CONFORMED COPY<br>ORIGINAL FILED<br>Superior Court of California<br>County of Los Angeles<br>MAY 07 2021<br>Sherri R. Carter, Executive Officer/Clerk of Court<br>By: Glorietta Robinson, Deputy |
| TELEPHONE NO.: NONE   FAX NO. (Optional): NONE | |
| ATTORNEY FOR (Name): IN PROPERIA PERSONA | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES | |
| STREET ADDRESS: 111 NORTH HILL STREET | |
| MAILING ADDRESS: 111 NORTH HILL STRET | |
| CITY AND ZIP CODE: LOS ANGELES, CALIFORNIA 90012 | |
| BRANCH NAME: CENTRAL DISTRICT | |
| CASE NAME:<br>BRIAN WILLIAM vs. FIRSTGROUP AMERICA, INC., et al | |

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| [x] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | 21STCV17514<br>JUDGE:<br>DEPT: |

Items 1–6 below must be completed (see instructions on page 2).

1. Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation<br>(Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | [ ] Antitrust/Trade regulation (03) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | [ ] Other collections (09) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Insurance coverage (18) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | [ ] Other contract (37) | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | **Real Property** | [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| [ ] Other PI/PD/WD (23) | [ ] Eminent domain/Inverse condemnation (14) | **Enforcement of Judgment** |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | [ ] Enforcement of judgment (20) |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | **Miscellaneous Civil Complaint** |
| [ ] Civil rights (08) | **Unlawful Detainer** | [ ] RICO (27) |
| [ ] Defamation (13) | [ ] Commercial (31) | [ ] Other complaint (not specified above) (42) |
| [ ] Fraud (16) | [ ] Residential (32) | **Miscellaneous Civil Petition** |
| [ ] Intellectual property (19) | [ ] Drugs (38) | [ ] Partnership and corporate governance (21) |
| [ ] Professional negligence (25) | **Judicial Review** | [ ] Other petition (not specified above) (43) |
| [x] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | |
| **Employment** | [ ] Petition re: arbitration award (11) | |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is [x] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties       d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve       e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence       f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought (check all that apply): a. [x] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [x] punitive
4. Number of causes of action (specify): 10 +/- (give or take)
5. This case [ ] is [x] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)
Date: April 25th, 2021

BRIAN WILLIAM
(TYPE OR PRINT NAME)                                                                 (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California | CIVIL CASE COVER SHEET | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; |

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
  Auto (22)–Personal Injury/Property Damage/Wrongful Death
  Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
  Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/ Wrongful Death
  Product Liability *(not asbestos or toxic/environmental)* (24)
  Medical Malpractice (45)
    Medical Malpractice– Physicians & Surgeons
    Other Professional Health Care Malpractice
  Other PI/PD/WD (23)
    Premises Liability (e.g., slip and fall)
    Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
    Intentional Infliction of Emotional Distress
    Negligent Infliction of Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
  Business Tort/Unfair Business Practice (07)
  Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
  Defamation (e.g., slander, libel) (13)
  Fraud (16)
  Intellectual Property (19)
  Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice *(not medical or legal)*
  Other Non-PI/PD/WD Tort (35)

**Employment**
  Wrongful Termination (36)
  Other Employment (15)

**Contract**
  Breach of Contract/Warranty (06)
    Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
    Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/ Warranty
    Other Breach of Contract/Warranty
  Collections (e.g., money owed, open book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections Case
  Insurance Coverage *(not provisionally complex)* (18)
    Auto Subrogation
    Other Coverage
  Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
  Eminent Domain/Inverse Condemnation (14)
  Wrongful Eviction (33)
  Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
  Commercial (31)
  Residential (32)
  Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
  Asset Forfeiture (05)
  Petition Re: Arbitration Award (11)
  Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court Case Matter
    Writ–Other Limited Court Case Review
  Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
  Antitrust/Trade Regulation (03)
  Construction Defect (10)
  Claims Involving Mass Tort (40)
  Securities Litigation (28)
  Environmental/Toxic Tort (30)
  Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
  Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment *(non-domestic relations)*
    Sister State Judgment
    Administrative Agency Award *(not unpaid taxes)*
    Petition/Certification of Entry of Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
  RICO (27)
  Other Complaint *(not specified above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-harassment)*
    Mechanics Lien
    Other Commercial Complaint Case *(non-tort/non-complex)*
    Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
  Partnership and Corporate Governance (21)
  Other Petition *(not specified above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late Claim
    Other Civil Petition

| SHORT TITLE: BRIAN WILLIAM vs. FIRSTGROUP AMERICA, INC., et al | CASE NUMBER 21STCV17514 |
|---|---|

# CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
# (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court.

**Step 1:** After completing the Civil Case Cover Sheet (Judicial Council form CM-010), find the exact case type in Column A that corresponds to the case type indicated in the Civil Case Cover Sheet.

**Step 2:** In Column B, check the box for the type of action that best describes the nature of the case.

**Step 3:** In Column C, circle the number which explains the reason for the court filing location you have chosen.

### Applicable Reasons for Choosing Court Filing Location (Column C)

1. Class actions must be filed in the Stanley Mosk Courthouse, Central District.
2. Permissive filing in central district.
3. Location where cause of action arose.
4. Mandatory personal injury filing in North District.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.
11. Mandatory filing location (Hub Cases – unlawful detainer, limited non-collection, limited collection, or personal injury).

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| Auto Tort | Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |
| | Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1, 4, 11 |
| Other Personal Injury/ Property Damage/ Wrongful Death Tort | Asbestos (04) | ☐ A6070  Asbestos Property Damage | 1, 11 |
| | | ☐ A7221  Asbestos - Personal Injury/Wrongful Death | 1, 11 |
| | Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1, 4, 11 |
| | Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons | 1, 4, 11 |
| | | ☐ A7240  Other Professional Health Care Malpractice | 1, 4, 11 |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250  Premises Liability (e.g., slip and fall) | 1, 4, 11 |
| | | ☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1, 4, 11 |
| | | ☐ A7270  Intentional Infliction of Emotional Distress | 1, 4, 11 |
| | | ☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |

| LASC CIV 109 Rev. 12/18<br>For Mandatory Use | CIVIL CASE COVER SHEET ADDENDUM<br>AND STATEMENT OF LOCATION | Local Rule 2.3<br>Page 1 of 4 |
|---|---|---|

| SHORT TITLE: BRIAN WILLIAM vs. FIRSTGROUP AMERICA, INC., et al | CASE NUMBER |
|---|---|

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|---|
| Non-Personal Injury/ Property Damage/ Wrongful Death Tort | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1, 2, 3 |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1, 2, 3 |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1, 2, 3 |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1, 2, 3 |
| | Professional Negligence (25) | ☐ A6017  Legal Malpractice<br>☐ A6050  Other Professional Malpractice (not medical or legal) | 1, 2, 3<br>1, 2, 3 |
| | Other (35) | ☑ A6025  Other Non-Personal Injury/Property Damage tort | 1, 2, 3 |
| Employment | Wrongful Termination (36) | ☐ A6037  Wrongful Termination | 1, 2, 3 |
| | Other Employment (15) | ☐ A6024  Other Employment Complaint Case<br>☐ A6109  Labor Commissioner Appeals | 1, 2, 3<br>10 |
| Contract | Breach of Contract/ Warranty (06)<br>(not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction)<br>☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence)<br>☐ A6019  Negligent Breach of Contract/Warranty (no fraud)<br>☐ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 2, 5<br>2, 5<br>1, 2, 5<br>1, 2, 5 |
| | Collections (09) | ☐ A6002  Collections Case-Seller Plaintiff<br>☐ A6012  Other Promissory Note/Collections Case<br>☐ A6034  Collections Case-Purchased Debt (Charged Off Consumer Debt Purchased on or after January 1, 2014) | 5, 6, 11<br>5, 11<br>5, 6, 11 |
| | Insurance Coverage (18) | ☐ A6015  Insurance Coverage (not complex) | 1, 2, 5, 8 |
| | Other Contract (37) | ☐ A6009  Contractual Fraud<br>☐ A6031  Tortious Interference<br>☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1, 2, 3, 5<br>1, 2, 3, 5<br>1, 2, 3, 8, 9 |
| Real Property | Eminent Domain/Inverse Condemnation (14) | ☐ A7300  Eminent Domain/Condemnation     Number of parcels_____ | 2, 6 |
| | Wrongful Eviction (33) | ☐ A6023  Wrongful Eviction Case | 2, 6 |
| | Other Real Property (26) | ☐ A6018  Mortgage Foreclosure<br>☐ A6032  Quiet Title<br>☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2, 6<br>2, 6<br>2, 6 |
| Unlawful Detainer | Unlawful Detainer-Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer-Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer-Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2, 6, 11 |
| | Unlawful Detainer-Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2, 6, 11 |

| LASC CIV 109 Rev. 12/18<br>For Mandatory Use | CIVIL CASE COVER SHEET ADDENDUM<br>AND STATEMENT OF LOCATION | Local Rule 2.3<br>Page 2 of 4 |
|---|---|---|

| SHORT TITLE: BRIAN WILLIAM vs. FIRSTGROUP AMERICA, INC., et al | CASE NUMBER |
|---|---|

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|---|
| Judicial Review | Asset Forfeiture (05) | ☐ A6108  Asset Forfeiture Case | 2, 3, 6 |
| | Petition re Arbitration (11) | ☐ A6115  Petition to Compel/Confirm/Vacate Arbitration | 2, 5 |
| | Writ of Mandate (02) | ☐ A6151  Writ - Administrative Mandamus<br>☐ A6152  Writ - Mandamus on Limited Court Case Matter<br>☐ A6153  Writ - Other Limited Court Case Review | 2, 8<br>2<br>2 |
| | Other Judicial Review (39) | ☐ A6150  Other Writ /Judicial Review | 2, 8 |
| Provisionally Complex Litigation | Antitrust/Trade Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1, 2, 8 |
| | Construction Defect (10) | ☐ A6007  Construction Defect | 1, 2, 3 |
| | Claims Involving Mass Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1, 2, 8 |
| | Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1, 2, 8 |
| | Toxic Tort Environmental (30) | ☐ A6036  Toxic Tort/Environmental | 1, 2, 3, 8 |
| | Insurance Coverage Claims from Complex Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1, 2, 5, 8 |
| Enforcement of Judgment | Enforcement of Judgment (20) | ☐ A6141  Sister State Judgment<br>☐ A6160  Abstract of Judgment<br>☐ A6107  Confession of Judgment (non-domestic relations)<br>☐ A6140  Administrative Agency Award (not unpaid taxes)<br>☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax<br>☐ A6112  Other Enforcement of Judgment Case | 2, 5, 11<br>2, 6<br>2, 9<br>2, 8<br>2, 8<br>2, 8, 9 |
| Miscellaneous Civil Complaints | RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1, 2, 8 |
| | Other Complaints (Not Specified Above) (42) | ☐ A6030  Declaratory Relief Only<br>☐ A6040  Injunctive Relief Only (not domestic/harassment)<br>☐ A6011  Other Commercial Complaint Case (non-tort/non-complex)<br>☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1, 2, 8<br>2, 8<br>1, 2, 8<br>1, 2, 8 |
| Miscellaneous Civil Petitions | Partnership Corporation Governance (21) | ☐ A6113  Partnership and Corporate Governance Case | 2, 8 |
| | Other Petitions (Not Specified Above) (43) | ☐ A6121  Civil Harassment With Damages<br>☐ A6123  Workplace Harassment With Damages<br>☐ A6124  Elder/Dependent Adult Abuse Case With Damages<br>☐ A6190  Election Contest<br>☐ A6110  Petition for Change of Name/Change of Gender<br>☐ A6170  Petition for Relief from Late Claim Law<br>☐ A6100  Other Civil Petition | 2, 3, 9<br>2, 3, 9<br>2, 3, 9<br>2<br>2, 7<br>2, 3, 8<br>2, 9 |

LASC CIV 109 Rev. 12/18
For Mandatory Use

CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION

Local Rule 2.3
Page 3 of 4

| SHORT TITLE: BRIAN WILLIAM vs. FIRSTGROUP AMERICA, INC., et al | CASE NUMBER |
|---|---|

**Step 4: Statement of Reason and Address:** Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected. Enter the address which is the basis for the filing location, including zip code. (No address required for class action cases).

| REASON:<br>☐ 1. ☒ 2. ☒ 3. ☐ 4. ☐ 5. ☐ 6. ☒ 7. ☒ 8. ☐ 9. ☐ 10. ☐ 11. | ADDRESS:<br>1716 E. 7th Street |
|---|---|
| CITY: Los Angeles | STATE: Ca | ZIP CODE: 90021 | |

**Step 5: Certification of Assignment:** I certify that this case is properly filed in the ___CENTRAL___ District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., §392 et seq., and Local Rule 2.3(a)(1)(E)].

Dated: April 25th, 2021

(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.
2. If filing a Complaint, a completed Summons form for issuance by the Clerk.
3. Civil Case Cover Sheet, Judicial Council form CM-010.
4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 02/16).
5. Payment in full of the filing fee, unless there is court order for waiver, partial or scheduled payments.
6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.
7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

LASC CIV 109 Rev. 12/18
For Mandatory Use

CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION

Local Rule 2.3
Page 4 of 4