UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS6

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-00137-RGK-MAR | Date | March 20, 2024 |
|---|---|---|---|
| Title | *Brian William v. First Transit Inc. et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Joseph Remigio | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order Dismissing Case

On February 27, 2024, the Court dismissed all claims in this action asserted by Brian William ("Plaintiff") against First Transit Inc.; Firstgroup America Inc.; Greyhound Lines, Inc.; Americanos, U.S.A., Inc; Bradley Thomas; David S. Leach; and Jose Luis Moreno. The Court granted Plaintiff leave to file an amended complaint by March 12, 2024. As of now, no amended complaint appears on the docket. Accordingly, the Court **DISMISSES** this action in its entirety. At a scheduling conference held March 18, 2024, Plaintiff indicated that he had filed a Motion for Reconsideration that does not yet appear on the docket. This dismissal shall not prevent the Court from considering that Motion.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | JRE/ak | |